UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVE AND DEANNE STALNAKER,<br><br>         Plaintiff,<br><br>   vs.<br><br>FIVE FOLD COLLECTIVE INC., a/k/a FIVE FOLD COLLECTIVE, LLC, AND JENNIFER LEONARD,<br><br>         Defendants. | Case No. CV-22-04 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED:

   1. The Stalnakers' tortious interference claim is dismissed.

   2. Judgment shall be entered in favor of the Stalnakers on the Defendants counterclaims, including their claims for breach of contract, for breach of the implied covenant of good faith and fair dealing, and for tortious interference.

   3. The parties have specifically reserved their right to assert any of the claims or remedies that have been asserted in the pleadings but not adjudicated, if any of the Court's orders are reversed on appeal.

      4. The Court directs First American Title Company to release the $50,000 in earnest money currently being held in escrow, and those funds should thereafter be held in a trust account at Parsons Behle & Latimer in lieu of a supersedeas bond for that portion of the judgment, pending a final decision from the Ninth Circuit Court of Appeals. In the event the Ninth Circuit issues an order affirming the Courts judgment, the proceeds may be released to the Stalnakers immediately after the mandate issues from the Ninth Circuit under Rule 41, Fed. R. App. P.

      5. The Stalnakers are directed to file any application for attorney fees or other costs within 14 days of the entry of judgment in this case, consistent with Rule 54, Fed. R. Civ. P.

      Dated this 7th day of September, 2022.

                      TYLER P. GILMAN, CLERK

                      By: /s/ S. Redding
                      S. Redding, Deputy Clerk