# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STEVE and DEANNE STALNAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIVE FOLD COLLECTIVE INC.,<br>A/K/A FIVE FOLD COLLECTIVE,<br>LLC, and JENNIFER LEONARD,<br><br>Defendants. | CV-22-04-BU-BMM<br><br>**ORDER** |

The parties have notified the Court that they have settled the remaining issues in this case. They have therefore jointly moved the Court to vacate the attorney fee hearing scheduled for November 10, 2022 at 10:00 a.m.

**IT IS ORDERED** that:

1. The hearing on the Plaintiffs' motion for attorney fees scheduled for November 10, 2022 at 10:00 a.m. is vacated.

2. The parties shall have until December 9, 2022 to file a stipulation dismissing this case. If the parties have not finalized the settlement, they shall file a status update by the same date, stating what additional time may be required to finalize the settlement.

Dated this 8th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court