IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVE and DEANNE STALNAKER,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE FOLD COLLECTIVE INC., a/k/a FIVE FOLD COLLECTIVE, LLC, and JENNIFER LEONARD,<br><br>Defendants. | CV-22-04-BU-BMM<br><br>**ORDER** |

Upon the Stipulation of Dismissal, (Doc. 60) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with each party to bear their own fees and costs.

DATED this 7th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court